Mollie Eagle, Appellant, *v.* Benjamin Cherney et al., Respondents.

Submitted November 22, 1948; decided December 2, 1948.

Motion for reargument denied.   [See 294 N. Y. 818.]

Eva Minarsky et al., Appellants, *v.* City of New York, Appellant and Respondent, and Beachhaven Realty Co., Inc., Respondent, et al., Defendants.

Submitted November 22, 1948; decided December 2, 1948.

*John P. McGrath, Corporation Counsel (Fred Iscol* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion unless within ten days appellant serves and files an undertaking on appeal, in which event the motion is denied.